1
 Nancy A. Leprino, as Co-Trustee, of Nancy A. Leprino Irrevocable Grantor Trust; Denis Patrick Gibbs, as Independent Trustee of Nancy A. Leprino Irrevocable Grantor Trust; the Nancy A. Leprino GST Exempt Trust Under Agreement Creating the Nancy A. Leprino Irrevocable Grantor Trust Dated December 20, 2012; the Nancy A. Leprino GST Non-Exempt Trust Under Agreement Creating the Nancy A. Leprino Irrevocable Grantor Trust Dated December 20, 2012; and Nancy A. Leprino as Personal Representative of the Estate of Mike A. Leprino, a/k/a Mike Leprino, a/k/a Mike Andrew Leprino, Deceased;; Petitioners v. Leprino Foods Company, a Colorado corporation; James G. Leprino; Terry L. Leprino; Gina M. Vecchiarelli; Daniel A. Vecchiarelli; Terry L. Leprino, as trustee on behalf of the James G. Leprino Irrevocable Trust #4; Gina M. Vecchiarelli, as trustee on behalf of the James G. Leprino Irrevocable Trust #4; Daniel A. Vecchiarelli, as trustee on behalf of the James G. Leprino Irrevocable Trust #4; JGL 2014 GRAT; JGL-GMV 2011 GST Trust; JGLTLL 2011 GST Trust; TLL 2011 GST Trust; TLL 2014 GRAT; Terry Leprino Trust #1; Terry Lynn Leprino Irrevocable Trust #4; Terry Lynn Leprino Irrevocable Trust #5; Gina Vecchiarelli Trust #1; Gina Marie Vecchiarelli Irrevocable Trust #4; Gina Marie Vecchiarelli Irrevocable Trust #5; GMV 2011 GST Trust; GMV 2014 GRAT; Francesca Rae Vecchiarelli 2008 Trust; and Gianna Marie Vecchiarelli 2008 Trust. Respondents No. 24SC129
Supreme Court of Colorado, En Banc
August 19, 2024
 
           Court
 of Appeals Case No. 23CA147
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          JUSTICE
 BOATRIGHT does not participate.